UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUSTIN TYLER DAVIS, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:18-CV-00110 |
| KRISTEN ZAMBRANO, *et al*, | § § | |
| Defendants. | § § | |

## ORDER APPOINTING COUNSEL

The court finds that exceptional circumstances require the appointment of counsel is necessary for the efficient presentation of the evidence. Therefore, attorney **Celina Marie Lopez Leon**[1], of Leon Law, P.L.L.C., 555 N. Carancahua, Suite 1750, Corpus Christi, Texas 78401, (361) 813-0841, is appointed as lead counsel for Plaintiff Justin Tyler Davis. Any member of his law firm may enter a notice of appearance to assist in the representation.

The Clerk shall mail to Attorney Celina Leon a copy of the *Pro Bono Expense Plan* to cover reimbursement of expenses. Attorney Celina Leon shall be mindful of the limit, and is required to obtain advance approval of any expense exceeding $300 or exceeding the $3,500 limit. Attorney Celina Leon is entitled, upon request, to free copies of all pleadings on file, and a free copy of the CD of any hearing held in the case.

---

[1] Ms. Leon volunteered to accept the appointment after being contacted by the Court.

A scheduling conference will be scheduled in this case. Counsel may appear by telephone at the scheduling conference. The Court will make arrangements for Plaintiff Davis to appear by telephone. Ms. Leon should confer with counsel for Defendants prior to the conference. The Court requests counsel for Defendants to provide counsel for Plaintiff information on how to make telephonic contact with Plaintiff prior to the scheduling conference.

ORDERED on December 11, 2020.

_____
Julie K. Hampton
United States Magistrate Judge