IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUSTIN TYLER DAVIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-110 |
| § | |
| KRISTEN ZAMBRANO; aka KRISTEN § | |
| GENTRY, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court is in receipt of Defendant Kristen Gentry's[1] ("Gentry") Opposed Motion to Stay, Dkt. No. 91; Gentry's Supplemental Briefing in Support of Opposed Motion to Stay, Dkt. No. 92; Plaintiff Justin Tyler Davis' ("Davis") Response to the Motion to Stay and Motion to Certify Defendant's Interlocutory Appeal as Frivolous, Dkt. No. 95; Gentry's Response in Opposition to Motion to Certify Appeal as Frivolous, Dkt. No. 96; and the Magistrate Judge's Memorandum & Recommendation ("M&R"), Dkt. No. 98. The deadline to object to the M&R has passed, and no objections have been filed. *See* FED. R. CIV. P. 72(b).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 98. The Court **GRANTS** Gentry's Motion to Stay, Dkt. No. 91, pending resolution of the interlocutory appeal, and **DENIES** Davis' Motion to Certify Gentry's Interlocutory Appeal as Frivolous, Dkt. No. 95.

SIGNED this 11th day of May 2021.

_____
Hilda Tagle
Senior United States District Judge

---

[1] Née Zambrano.